NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MICHAEL GUIBILO, : <br> : <br> Defendant. : <br> : | Criminal No.: 04-558 (JLL) <br><br> **O R D E R** |

**LINARES, District Judge.**

Currently before the Court is the October 5, 2007, motion by Defendant Michael Guibilo ("Defendant" or "Guibilo"), renewed on April 25, 2008, for relief under the Speedy Trial Act, 18 U.S.C. § 3161-74. No oral argument was heard. Fed. R. Civ. P. 78. For the reasons given in the accompanying Opinion,

**IT IS** on this 28th day of April, 2008,

**ORDERED** that Defendant's Motions to for relief under the Speedy Trial Act (Docket #89 and 96) are hereby DENIED without prejudice.

Jose L. Linares
United States District Judge

1