MICHAEL G. PAUL, ESQ.
ONE HIGHLAND AVENUE
METUCHEN, NJ 08840
732-549-6543
Attorney for Petitioner

|  |  |
|---|---|
| MICHAEL GUIBILO,<br>    Petitioner,<br>v.<br>JEFF GRONDOLSKY-WARDEN,<br>    Respondent. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>ORDER   Cr. No. 04-558 |

IT IS THE ORDER OF THIS COURT THAT

Michael G. Paul, Attorney at Law, is hereby assigned to represent Michael Guibilo in pursuit of his 2255 petition in connection with Docket No. N.J. 04-C400558-001, namely challenging the Judgment of Conviction and Sentencing arising out of said indictment in the Federal District Court of Newark, New Jersey.

_____
Honorable Jose L. Linares