# LAW OFFICES OF
# MICHAEL G. PAUL

ONE HIGHLAND AVENUE
METUCHEN, NJ 08840
732-549-6543
732-906-2344 (Fax)

Michael G. Paul, ESQ.
New Jersey and New York Bars

NEW YORK OFFICE
120 North Main St. Suite 203
New City, NY 10956
845-356-0656

September 15, 2009

The Honorable Jose L. Linares
U.S. District Court of New Jersey
M.L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102

RE:  U.S. v Michael Guibilo
No.: 06-4544
Dkt. No.: 04-CR-00558-1

Dear Judge Linares:

This office represents Michael Guibilo in respect to the above-referenced matter, namely a 2255 petition.

I have reviewed Mr. Guibilo's pro se motion for a new trial filed with the Court on August 28, 2009. After communicating with Mr. Guibilo and explaining to him that he cannot have hybrid representation in federal court and that he cannot have two motions that generally seek the same relief, I am authorized to withdraw Mr. Guibilo's motion for a new trial. Therefore, by way of this letter, I am formally withdrawing the above-referenced motion.

Although an attempt was made to electronically file this document, I was unable to since the case is listed as "closed" effective September 2, 2009.

Very truly yours,

*[signature]*

Michael G. Paul
MGP/nld

cc: Andrew D. Kogan, A.P.
cc: Michael Guibilo

SO ORDERED: *[signature]*
DATED: 9-17-09